## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

IN RE:

**PERRY LEE WEST**                                                     **CASE NO. 18-71537-FJS**

**DEBTOR**                                                                          **CHAPTER 13**

### MOTION TO VOLUNTARILY DISMISS DEBTOR'S CHAPTER 13

    NOW COMES the Debtor, Perry Lee West, by and through Counsel, and moves this Court for an order dismissing this Chapter 13 bankruptcy case, pursuant to 11 U.S.C. §1307 (b).

    Respectfully Submitted,

    By: /s/ Courtney J. Thomas
        Attorney for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Notice** has been sent **by electronic means** via the Court's CM/ECF notification system this 23rd day of July 2018 to the following:

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard
Suite 101
Suffolk, VA 23435

**Via standard first class mail postage prepaid** to all other parties of interest as listed on the attached mailing matrix and:
Perry Lee West
5115 Studeley Ave
Norfolk, VA 23508

    /s/ Courtney J. Thomas
      Attorney for Debtor

**Courtney J. Thomas, Esq., VSB#88572**
**The Merna Law Group, P.C.**
**3419 Virginia Beach Blvd., #236**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: cthomas@mernalaw.com**

```
Label Matrix for local noticing        United States Bankruptcy Court       Ally Financial
0422-2                                 600 Granby St., Room 400              P.O. Box 380901
Case 18-71537-FJS                      Norfolk, VA 23510-1915                Minneapolis, MN 55438-0901
Eastern District of Virginia
Norfolk
Mon Jul 23 17:09:28 EDT 2018

Ally Financial                         Ally Financial*                       Chrysler Capital
PO Box 130424                          CT Corporation Sys, Reg. Agent        PO Box 961245
Roseville, MN 55113-0004               4701 Cox Road, Ste. 301               Fort Worth, TX 76161-0244
                                       Glen Allen, VA 23060-6802

Chrysler Capital                       Chrysler Capital *                    Credit One Bank N.A.
PO Box 961275                          EDWARD R PARKER                       c/o LVNV Funding LLC
Fort Worth, TX 76161-0275              5511 STAPLES MILL ROAD                PO Box 1269
                                       Henrico, VA 23228-5445                Greenville, SC 29602-1269

First Premier Bank                     LVNV Funding, LLC its successors and assigns   MERRICK BANK
3820 N. Louise Ave                     assignee of MHC Receivables, LLC and           Resurgent Capital Services
Sioux Falls, SD 57107-0145             FNBM, LLC                                      PO Box 10368
                                       Resurgent Capital Services                     Greenville, SC 29603-0368
                                       PO Box 10587
                                       Greenville, SC 29603-0587

Merrick Bank                           NC Financial                          OneMain
PO Box 9201                            175 W. Jackson Bv 1000                PO Box 3251
Old Bethpage, NY 11804-9001            Chicago, IL 60604-2863                Evansville, IN 47731-3251

Onemain                                Premier Bankcard, Llc                 Webbank/Fingerhut
PO Box 1010                            Jefferson Capital Systems LLC Assignee 6250 Ridgewood ROA
Evansville, IN 47706-1010              Po Box 7999                           Saint Cloud, MN 56303-0820
                                       Saint Cloud Mn 56302-7999

Wells Fargo Bank N.A., d/b/a Wells Fargo Dea   Wells Fargo Bank, N.A.        Wells Fargo Dealer Services
Services                               Default Document Processing           PO Box 1697
PO Box 19657                           N9286-01Y                             Winterville, NC 28590-1697
Irvine CA 92623-9657                   1000 Blue Gentian Road
                                       Eagan, MN 55121-7700

Wells Fargo Dealer Services*           Courtney Jordan Thomas                John P. Fitzgerald, III
CORPORATION SERVICE COMPANY            The Merna Law Group, P.C.             Office of the U.S. Trustee, Region 4 -N
1111 East Main Street                  3419 Virginia Beach Blvd #236         200 Granby Street, Room 625
Richmond, VA 23219-3531                Virginia Beach, VA 23452-4419         Norfolk, VA 23510-1819

Perry Lee West                         R. Clinton Stackhouse Jr.             End of Label Matrix
5115 Studeley Ave                      Chapter 12/13 Trustee                 Mailable recipients    25
Norfolk, VA 23508-1742                 7021 Harbour View Boulevard           Bypassed recipients     0
                                       Suite 101                             Total                  25
                                       Suffolk, VA 23435-2869
```